UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC., <br><br>                Plaintiff, <br><br>                     v. <br><br>M/V BOX ENDURANCE, <br><br>                Defendant-in-rem. | 24 Civ. 2464 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

On May 22, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for May 29, 2024. *See* ECF. No. 12. No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan will issue separately.

SO ORDERED.

Dated: May 23, 2024
        New York, New York

                                                              DALE E. HO
                                                     United States District Judge